**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**BATON ROUGE DIVISION**

KIM GALMON,

    Plaintiff,

v.

FRANKLIN COLLECTION SERVICE, INC.,

    Defendant.

PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

**COMPLAINT**

KIM GALMON ("Plaintiff"), through attorneys, KROHN & MOSS, LTD., alleges the following against FRANKLIN COLLECTION SERVICE, INC., ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Louisiana, and, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Baton Rouge, Baton Rouge Parrish, Louisiana.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company located in Tupelo, Mississippi.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment of an alleged debt for an AT&T account for the amount of $166.46 dollars.

12. Defendant calls Plaintiff since May 2011, approximately four (4) to six (6) times a day.

13. Calls from Defendant include but are not limited to:

    - May 23, 2011- five (5) calls
    - May 24, 2011- five (5) calls
    - May 25, 2011- six (6) calls
    - May 26, 2011- six (6) calls
    - May 30, 2011- six (6) calls
    - June 1, 2011- five (5) calls

14. Defendant calls Plaintiff at (225) 819-6892, from (888) 215-8961.

15. Defendant threatened Plaintiff with a lawsuit both orally and in a letter sent to Plaintiff (See Exhibit A).

16. Defendant's letter further asked Plaintiff to call Defendant in order to find out if Plaintiff is going to be sued (See Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

a) Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to annoy, harass and oppress Plaintiff.

b) Defendant violated §1692d(5) of the FDCPA by repeatedly causing Plaintiff's phone to ring and/or engage in conversation.

c) Defendant violated §1692e(5) of the FDCPA by threatening to file a lawsuit against Plaintiff when Defendant has not and does not intend to take such action.

d) Defendant violated §1692e(10) of the FDCPA by using deceptive means to collect a debt when Defendant asked Plaintiff to call to find out if Plaintiff is going to be sued.

WHEREFORE, Plaintiff, KIM GALMON, respectfully requests judgment be entered against Defendant, FRANKLIN COLLECTION SERVICE, INC., for the following:

18. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

20. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  Junly 22, 2011

      By: /s/ Kelli Denise Mayon
         Kelli Denise Mayon
         4429 Herrmann Street, Apt. D
         Metairie, Louisiana 70006

         Krohn & Moss, Ltd.
         10474 Santa Monica Blvd. Suite 401
         Los Angeles, CA 90025
         Tel: (323) 988-2400 x 241
         Fax: (866) 861-1390

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, KIM GALMON, demands a jury trial in this case.

Att: Jessica Heskiel

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF LOUISIANA

Plaintiff, KIM GALMON, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KIM GALMON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

7-19-11
Date

KIM GALMON

**EXHIBIT A**

Franklin Collection Service, Inc
PO Box 3910
Tupelo, MS 38803-3910

TOLL FREE: (888) 215-8961
NOTICE DATE:   MAY 24, 2011
MAKE CHECK PAYABLE TO FRANKLIN COLLECTION SERVICE, INC.

KIM GALMON
3884 KEOKUK ST
BATON ROUGE LA 70805-5621

PAY ANYTIME: (866) 319-0760
OR
WWW.FRANKLINSERVICE.COM

| | |
|---|---|
| OWED TO: | AT&T |
| PRINCIPAL BALANCE: | $166.46 |
| COLLECTION FEE: | $.00 |
| BALANCE DUE: | $166.46 |
| DUE ALL CREDITORS: | $166.46 |
| FCSI CASE #: | 019111648 |
| CLIENT ACCOUNT NUMBER: | 225-355-5537 231 |
| DATE OF SERVICE: | 06/14/10 |

**DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.**

BEWARE, OUR CLIENT, PENDING NOTIFICATION, MAY AUTHORIZE A LAW FIRM TO FILE A CIVIL LAWSUIT AGAINST YOU.

ALSO, BE ADVISED TO AVOID THE POSSIBILITY OF INCURRING COURT COST, IF ALLOWED, THIS DEBT MUST BE PAID IN FULL.

THE AMOUNT OF YOUR DEBT, CLIENTS, AND CIVIL LAWS IN YOUR JURISDICTION MAY ALLOW SUIT TO BE FILED ON YOUR CASE  CALL (888)215-8961 IF YOU WANT TO KNOW IF YOU ARE GOING TO BE SUED

***CAUTION***
INCLUDE YOUR FCSI CASE NUMBER AND MAIL THIS NOTICE WITH PAYMENT IN FULL
* FOR PROPER CREDIT *

ANY ATTORNEY RETAINED BY THIS FIRM WILL MEET THE REQUIRED QUALIFICATIONS TO PURSUE ALL MEANS NECESSARY TO RESOLVE THIS DEBT.

**THIS COULD BE YOUR FINAL WRITTEN NOTICE FROM US**
* THIS BALANCE MAY INCLUDE OTHER CREDITORS NOT LISTED.

YOU MAY PAY BY CHECK OVER THE PHONE BY CALLING 888-215-8961. HAVE YOUR FCSI CASE NUMBER AND CHECKING ACOUNT NUMBER READY WHEN YOU CALL OR YOU MAY PAY BY CREDIT CARD BY COMPLETING THE BACK SIDE OF THIS NOTICE.

FOR YOUR CONVENIENCE YOU MAY PAY BY PHONE 24 HPOURS A DAY, 7 DAYS A WEEK. CALL 866-319-0760 WITH YOUR CHECK OR CREDIT CARD INFORMATION READY TO COMPLETE YOUR PAYMENT TRANSMITTAL.

BUSINESS HOURS: MONDAY-SATURDAY 8:00 AM - 9:00 PM CENTRAL STANDARD TIME

DON'T WANT TO TALK TO A LIVE FCSI CASE WORKER? GO TO WWW.FRANKLINSERVICE.COM TO CHAT WITH AN ONLINE FCSI REPRESENTATIVE.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

FRANKLIN COLLECTION SERVICE, INC.

orm T8-01