UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIM GALMON

VERSUS

FRANKLIN COLLECTION SERVICE, INC.

CIVIL ACTION

NO. 11-502-JJB-SCR

**ORDER OF DISMISSAL**

The court having been advised by counsel that the above action has been settled;

IT IS ORDERED that this action be and is hereby DISMISSED without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, November 18, 2011.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA